No. 50. UNITED STATES *v.* ANDERSON.

Submitted May 18, 1931. Decided November 23, 1931. The petition for a writ of certiorari in this case is granted. The decree herein is reversed upon the authority of *United States* v. *Ryan, ante,* p. 167. Solicitor General Thacher, Assistant Attorney General Youngquist, and *Messrs. Mahlon D. Kiefer, John J. Byrne,* and *Paul D. Miller* for the United States. No appearance for respondent.

No. 328. LIAS ET AL. *v.* UNITED STATES.

Argued November 23, 24, 1931. Decided November 30, 1931. *Per Curiam:* Judgment affirmed. *Allen* v. *United States,* 164 U. S. 492, 501, 502. *Messrs. Howard D. Matthews* and *J. Bernard Handlan,* with whom *Mr. John Marshall* was on the brief, for petitioners. Solicitor General Thacher, with whom Assistant Attorney General Youngquist and *Messrs. Mahlon D. Kiefer, John J. Byrne,* and *Wilbur H. Friedman* were on the brief, for the United States.